| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 200 7 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

**FINANCIAL DISCLOSURE REPORT**

**FOR CALENDAR YEAR 200 7**

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* CONNER, WILLIAM C. | 2. Court or Organization United States District Court Southern District of New York | 3. Date of Report 03/10/08 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* Senior United States District Judge | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | 6. Reporting Period 01/01/07 to 12/31/07 |
| 7. Chambers or Office Address United States Courthouse 300 Quarropas Street, Room 630 White Plains, New York 10601-4150 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

**A. Filer's Non-Investment Income**

|  | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

|  | | | |
|---|---|---|---|
|  | NONE (No reportable non-investment income.) | | |
| 1 | | | |
| 2 | | | |

COPY
2008 MAR 17 A 10: 44
FINANCIAL DISCLOSURE OFFICE
RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/10/08 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | **NONE** (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | **NONE** (No such reportable gifts.) | | |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | **NONE** (No reportable liabilities.) | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/10/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 TYCO Int'l Common Stock | B | Div. | M | T | | | | | |
| 2 Precision Castparts " " | A | " | M | T | | | | | |
| 3 Merichem Corp. " " | A | " | L | U | | | | | |
| 4 N.Y. Dorm. Auth. Bonds | B | Int. | K | T | | | | | |
| 5 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 6 N.Y. Trans. Fin. Auth. " | C | " | L | T | | | | | |
| 7 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 8 N.Y. Med. Care Facil. " | D | " | M | T | | | | | |
| 9 N.Y.C. Ser. G " | B | " | K | T | Partial Redemp. | 2/4 | J | | |
| 10 N.Y.C. Ser. J " | B | " | K | T | | | | | |
| 11 N.Y. UDC Correc. Fac. " | B | " | K | T | | | | | |
| 12 N.Y. Energy R&D " | B | " | K | T | | | | | |
| 13 N.Y. Trans. Fin. Auth. " | C | " | L | T | | | | | |
| 14 N.Y.C. Water Auth. " | D | " | N | T | | | | | |
| 15 N.Y. Dorm. Auth. " | B | " | K | T | | | | | |
| 16 N.Y.C. Trans. Fin. Auth. " | B | " | K | T | | | | | |
| 17 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1, 0 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | | |
| 18 N.Y. Dorm. Auth. Bonds | C | Int. | L | T | | | | | |
| 19 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 20 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 21 L.I. Power Auth. " | C | " | L | T | | | | | |
| 22 Port Authority " | C | " | L | T | | | | | |
| 23 N.Y.C. Water Auth. " | D | " | | | Redemp. | 6/1 | M | | |
| 24 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 25 N.Y.C. Water Auth. " | C | " | L | T | | | | | |
| 26 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 27 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 28 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 29 N.Y. Med. Care Facil. " | C | " | L | T | | | | | |
| 30 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 31 N.Y. Dorm. Auth. " | D | " | N | T | | | | | |
| 32 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 33 Triboro B & T Auth. " | C | " | L | T | | | | | |
| 34 Met. Trans. Auth. " | D | " | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/10/08 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Met. Trans. Auth. Bonds | D | Int. | M | T | | | | | |
| 36 Met. Trans. Auth. " | C | " | L | T | | | | | |
| 37 N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 38 N.Y. Urban Dev. Corp. " | C | " | L | T | | | | | |
| 39 Met. Trans. Auth. " | D | " | M | T | | | | | |
| 40 Triboro B & T Auth. " | C | " | L | T | | | | | |
| 41 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 42 Triboro B & T Auth. " | C | " | L | T | | | | | |
| 43 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 44 N.Y. Environ. Fac. " | C | " | L | T | | | | | |
| 45 Port Authority " | D | " | M | T | | | | | |
| 46 N.Y. Gen. Oblig. " | C | " | L | T | | | | | |
| 47 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 48 Triboro B & T Auth. " | D | " | M | T | | | | | |
| 49 Triboro B & T Auth. " | D | " | M | T | | | | | |
| 50 N.Y.C. Trans. Fin. Auth. " | D | " | M | T | | | | | |
| 51 L.I. Power Auth. " | C | " | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Triboro B & T Auth. Bonds | D | Int. | M | T | | | | | |
| 53 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 54 Triboro B & T Auth. " | D | " | M | T | | | | | |
| 55 N.Y.C. Water Auth. " | B | " | K | T | | | | | |
| 56 N.Y. Environ. Fac. " | C | " | L | T | | | | | |
| 57 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 58 N.Y. Environ. Fac. " | C | " | L | T | | | | | |
| 59 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 60 Wash. & Warren Cos. " | D | " | M | T | | | | | |
| 61 L.I. Power Auth. " | D | " | M | T | | | | | |
| 62 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 63 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 64 Madison Co. N.Y. " | C | " | L | T | | | | | |
| 65 N.Y.C. Water Auth. " | C | " | L | T | | | | | |
| 66 Port Authority " | C | " | L | T | | | | | |
| 67 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 68 L.I. Power Auth. " | D | " | M | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 03/10/08 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q- ) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 69 N.Y. Environ. Fac. Bonds | D | Int. | M | T | | | | | |
| 70 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 71 N.Y. Environ. Fac. " | C | " | L | T | | | | | |
| 72 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 73 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 74 N.Y.C. Water Auth. " | C | " | L | T | | | | | |
| 75 N.Y. Dorm. Auth. " | B | " | L | T | | | | | |
| 76 N.Y.C. Water Auth. " | B | " | L | T | | | | | |
| 77 N.Y. Environ. Fac. " | B | " | L | T | | | | | |
| 78 N.Y. Dorm. Auth. " | C | " | M | T | | | | | |
| 79 Livingston Co. NY " | B | " | L | T | | | | | |
| 80 Port Authority " | B | " | L | T | | | | | |
| 81 N.Y. Environ. Fac. " | B | " | L | T | | | | | |
| 82 N.Y.C. Water Auth. " | B | " | L | T | | | | | |
| 83 Met. Trans. Auth. " | B | " | L | T | | | | | |
| 84 Suffolk Co. NY " | B | " | L | T | | | | | |
| 85 N.Y. Dorm Auth. " | B | " | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 86  N.Y.C. Water Auth.        Bonds | B | Int. | L | T | | | | | |
| 87  N.Y.C. Water Auth.        " | C | " | M | T | | | | | |
| 88  N.Y. Gen. Oblig.        " | B | " | L | T | | | | | |
| 89  Met. Trans. Auth.        " | B | " | L | T | | | | | |
| 90  N.Y.C. Water Auth.        " | B | " | L | T | | | | | |
| 91  N.Y.C. Water Auth.        " | B | " | L | T | | | | | |
| 92  N.Y.C. Water Auth.        " | B | " | L | T | | | | | |
| 93  N.Y.C. Water Auth.        " | C | " | M | T | | | | | |
| 94  Webb, N.Y. Gen. Oblig.        " | B | " | L | T | | | | | |
| 95  L.I. Power Auth.        " | B | " | L | T | | | | | |
| 96  L.I. Power Auth.        " | B | " | L | T | Buy | 1/8 | L | | |
| 97  Hudson Yards        " | B | " | K | T | " | 5/29 | K | | |
| 98  Hudson Yards        " | B | " | L | T | " | 5/31 | L | | |
| 99  Hudson Yards        " | B | " | M | T | " | 6/15 | M | | |
| 100  Met. Trans. Auth.        " | B | " | M | T | " | 7/16 | M | | |
| 101  N.Y.C. Mun. Wtr. Fin.        " | B | " | L | T | " | 8/9 | L | | |
| 102  Hudson Yards        " | A | " | L | T | " | 10/2 | L | | |
| 103  N.Y.C. Water Auth.        " | A | " | L | T | " | 11/2 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 104 First Trust Ins. Munic.: Bonds | | | | | | | | | |
| 105 Series 19 | A | Int. | J | T | | | | | |
| 106 Insured Munic. Inc. Trust: Bonds | | | | | | | | | |
| 107 Series 21 | A | Int. | J | T | | | | | |
| 108 Series 64 | A | " | J | T | Partial Redemp. | 11/26 | J | | |
| 109 Series 73 | A | " | J | T | " | 5/25 11/25 | J | | |
| 110 | | | | | | | | | |
| 111 Empire Gtd. Mun. ExTrust: Bonds | | | | | | | | | |
| 112 Series 29 | A | Int. | J | T | Partial Redemp. | 12/1 | J | | |
| 113 Series 36 | A | " | J | T | " | 12/1 | J | | |
| 114 Series 41 | A | " | J | T | | | | | |
| 115 Series 91 | A | " | | | Redemp. | 3/15 | J | | |
| 116 Series 98 | A | " | K | T | | | | | |
| 117 Series 100 | A | " | J | T | | | | | |
| 118 Series 110 | A | " | | | " | 12/20 | J | | |
| 119 Series 112 | A | " | J | T | Partial Redemp. | 6/1 | J | | |
| 120 Series 115 | A | " | J | T | " | 6/1 | J | | |
| 121 Series 116 | B | " | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of* spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 122 Series 119 | B | Int. | K | T | Partial Redemp. | 12/1 | J | | |
| 123 Series 120 | A | " | J | T | " | 2/1 | J | | |
| 124 Series 122 | B | " | K | T | " | 6/1 | J | | |
| 125 Series 126 | B | " | K | T | " | 6/1 | J | | |
| 126 Series 127 | B | " | K | T | " | 12/1 | J | | |
| 127 Series 128 | A | " | J | T | " | 6/1 | J | | |
| 128 Series 129 | B | " | K | T | " | 6/1 | J | | |
| 129 Series 130 | A | " | J | T | | | | | |
| 130 Series 131 | B | " | K | T | | | | | |
| 131 Series 134 | B | " | J | T | | | | | |
| 132 Series 135 | B | " | J | T | " | 7/15 | J | | |
| 133 Series 136 | B | " | K | T | " | 6/1 | J | | |
| 134 Series 137 | C | " | K | T | " | 12/1 | J | | |
| 135 The Bank of New York | A | Int. | L | T | | | | | |
| 136 (Accounts of ███ self at Dobbs Ferry, N.Y. branch) | | | | | | | | | |
| 137 Astoria Federal Savings | A | " | J | T | | | | | |
| 138 (Savings account in ███ name at Hastings, N.Y. branch) | | | | | | | | | |
| 139 Farm, Itasca, Texas | | | L | W | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature         Date _March 10, 2008_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544